## United States District Court

### District of Nebraska

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )  <br> ) <br> **Plaintiff,**  ) <br> ) <br> vs  ) <br> ) <br> **Stephanie Cogle** <br> <br> **Defendant.** | Case No. 8:16-CR158-001 |

### **ORDER**

This case is before the Court for consideration of Defendant Stephanie Cogle's Motion for Early Termination of Supervised Release. Having carefully considered the factors set forth in 18 U.S. C. 3553, the Court finds that termination of supervised release is warranted. Accordingly, Defendant's Motion for Early Termination is **GRANTED**, and her supervised release is terminated, effective the date of this Order.

**SO ORDERED**, this _28th___ day of _January_, 2021.

_____
The Honorable Joseph F. Bataillon
Senior U. S. District Judge